UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NICHOLAS TSAMOUDAKIS and PETER TSAMOS,                    Case No.

                              Plaintiff(s),

                                                          **Rule 7.1 Statement**

            -against-

ZERTEK, INC., D/B/A BOAT-N-RV WAREHOUSE,
JAMES SEGRUE, RANDY RINKER, RINKER BOAT
COMPANY, AND VOLVO-PENTA,

                              Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and
to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification
or recusal, the undersigned counsel for ___VOLVO - PENTA___ (a private non-
governmental party) certifies that the following are corporate parents, affiliates and/or
subsidiaries of said party, which are publicly held.  NONE.

Date: ___6-28-07___                          _____
                                             Signature of Attorney

                                             Attorney Bar Code RC2076