UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NICHOLAS TSAMOUDAKIS and PETER TSAMOS,   Case No. 07-CV-6102

                Plaintiff(s),

                                                          **Rule 7.1 Statement**

        -against-

ZERTEK, INC., D/B/A BOAT-N-RV WAREHOUSE,
JAMES SEGRUE, RANDY RINKER, RINKER BOAT
COMPANY, AND VOLVO-PENTA,

                Defendant(s).
----------------------------------------X

     Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Volvo Penta of the Americas, (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

     Volvo Penta of the Americas is a subsidiary of AB Volvo Penta, which is a subsidiary of AB Volvo.

Date: 7-18-07

Signature of Attorney

Attorney Bar Code: 2076