UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

NICHOLAS TSAMOUDAKIS and PETER TSAMOS,

               Plaintiffs,

-against-

ZERTEC, INC., D/B/A BOAT-N-RV WAREHOUSE, JAMES SEGRUE, RANDY RINKER, RINKER BOAT COMPANY and, VOLVO-PENTA,

               Defendants.

------------------------------------------------------------------ X

Case No.: 07-CV-6102

**RULE 7.1 STATEMENT**

      Rinker Boat Company, LLC certifies that it is a non-governmental company organized and existing under the laws of the State of Delaware, with its principal place of business in Syracuse, Indiana. Rinker Boat Company, LLC submits the following statement of its company interests and affiliations pursuant to Rule7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

      1. Rinker Boat Company, LLC is not a publicly-held corporation or other publicly-held entity.

      2. Rinker Boat Company, LLC is owned by Nautic-Global LLC, a holding company formerly known as R.G. Holding. Nautic-Global, LLC is owned by Code, Hennessy & Simmons, LLC.

      3. No publicly-held corporation owns 10 percent or more of Rinker Boat Company, LLC.

Dated: White Plains, New York
        July 24, 2007

                                        WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP

                                        By: __s/ Michael J. Cullen_____
                                              MICHAEL J. CULLEN (MC 5578)
                                              Attorneys for Defendant,
                                              Rinker Boat Company, LLC
                                              3 Gannett Drive
                                              White Plains, NY 10604
                                              (914) 323-7000

To:    The Dweck Law Firm, LLP
        75 Rockefeller Plaza
        New York, NY 10019
        Phone (212) 687-8200
        Attn: Jack S. Dweck

        Rubin, Fiorella & Friedman
        Attorneys for Defendant Volvo
        292 Madison Avenue – 11th Floor
        New York, NY 10017
        Attn: Pat Corbett, Esq.

        Zertek Inc.
        d/b/a Boat-N-RV Warehouse
        12634 Route 9W West
        Coxsackie, NY 12192