Exhibit "B"

# BOAT-N-RV WAREHOUSE
# VERBAL AGREEMENT

SALES PERSON(S) _JIM SEGRUE_    DATE _1-5-5_
CUSTOMER'S NAME _NICK TSAMOS_
ADDRESS _989 COPES CORNER_ CITY _NEW BERLIN_ STATE _NY_ ZIP _13843_
UNIT SOLD MAKE _RINKER_    MODEL _360_    YEAR _05_
SERIAL # _ORDER_    TRAILER # _____
ENGINE # _VOLVO D4_    LOT # _ORDER_
UNIT LOCATION _____
(SHOWROOM, BACK LOT, ETC...)

I, THE UNDERSIGNED, DO HEREBY STATE THAT **NO VERBAL PROMISES** WERE MADE TO ME BY _JIM SEGRUE_, OR BY ANY OTHER REPRESENTATIVE OF BOAT-N-RV WAREHOUSE, OTHER THAN THOSE ITEMS CLEARLY DISCLOSED IN MY WRITTEN PURCHASE AGREEMENT.

**EXCEPTIONS VERBALLY PROMISED ARE WRITTEN BELOW:**

1. _10FT DEMO_
2. _COCKPIT COVER_
3. _RADAR_
4. _220 WIRING_
5. _TWO TONE HULL BLUE_

**AGREED TO BY BOAT-N-RV WAREHOUSE AND THE CUSTOMER**

SALESPERSON _[signature]_    DATE _1-5-4_
SALES MANAGER _[signature]_    DATE _____
CUSTOMER _[signature]_    DATE _____

## REQUISITION FOR SERVICE

RECEIVED BY _____
PARTS NEEDED    REPAIRS NEEDED

SERVICE SIGNATURE _____    DATE _____