UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

NICHOLAS TSAMOUDAKIS, and
PETER TSAMOS,

                              Plaintiffs,      **AFFIDAVIT OF MAILING**

      - against -                  Case No.: 1:07-CV-06102-HB
                                                        Judge Baer

ZERTECK, INC.,
d/b/a/ BOAT-N-RV WAREHOUSE, JAMES SEGRUE,
RANDY RINKER, RINKER BOAT COMPANY, and
VOLVO-PENTA,

                              Defendants.
_____

STATE OF NEW YORK        )
                                  ss:
COUNTY OF SARATOGA    )

      GINA M. DEMEO being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action, and resides in Clifton Park, New York.

That on the 22nd day of August, 2007, she served the Defendant ZERTECK, INC., d/b/a BOAT-N-RV WAREHOUSE's Notice of Motion to Dismiss/Compel Arbitration, Attorney's Affidavit in support of same, Affidavit of Eric Geiger in support of same and Memorandum of Law in support of same on the following individuals at the following places in the following manner:

      Jack S. Dweck, Esq.                      Randy Rinker
      75 Rockefeller Plaza                    c/o Rinker Boat Company
      New York, New York 10019          300 West Chicago Street
                                                    Syracuse, New York 46567

      Rinker Boat Company                   Volvo-Penta
      300 West Chicago Street               1300 Volvo Penta Drive
      Syracuse, New York 46567          Cesapeake, Virginia 23320

by depositing a true and correct copy of the same properly enclosed in post-paid wrapper in the Official depository maintained and exclusively controlled by the United States at Clifton Park, New York directed to said individual at said address within the State and/or County designed for the purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

<u>**_Gina M. Demeo/s/_**</u><br>Gina M. DeMeo

Sworn to before me this 22nd
day of August, 2007.


<u>**_Matthew J. Sgambettera /s/_**</u>
Notary Public, State of New York