**Exhibit "B"**

# BOAT-N-RV WAREHOUSE
## VERBAL AGREEMENT

SALES PERSON(S) _JIM SEGRUE_  DATE _1-5-5_

CUSTOMER'S NAME _NKA TSAMOS_

ADDRESS _989 COPES CORNER_ CITY _NEW BERLIN_ STATE _NY_ ZIP _13843_

UNIT SOLD MAKE _RINKER_ MODEL _360_ YEAR _05_

SERIAL # _ORDER_  TRAILER # _____

ENGINE # _VOLVO D4_  LOT # _ORDER_

UNIT LOCATION _____
(SHOWROOM, BACK LOT, ETC...)

**I, THE UNDERSIGNED, DO HEREBY STATE THAT <u>NO VERBAL PROMISES</u> WERE MADE TO ME BY** _____ _JIM SEGRUE_ _____**, OR BY ANY OTHER REPRESENTATIVE OF BOAT-N-RV WAREHOUSE, OTHER THAN THOSE ITEMS CLEARLY DISCLOSED IN MY WRITTEN PURCHASE AGREEMENT.**

### EXCEPTIONS VERBALLY PROMISED ARE WRITTEN BELOW:

1. _10FT DEMO_
2. _COCKPIT COVER_
3. _RADAR_
4. _220 WIRING_
5. _TWO TONE HULL BLUE_

### AGREED TO BY BOAT-N-RV WAREHOUSE AND THE CUSTOMER

SALESPERSON _____  DATE _1-5-4_

SALES MANAGER _____  DATE _____

CUSTOMER _____  DATE _____

## REQUISITION FOR SERVICE

RECEIVED BY _____

PARTS NEEDED                        REPAIRS NEEDED

_____        _____
_____        _____
_____        _____
_____        _____
_____        _____

SERVICE SIGNATURE _____  DATE _____