**Exhibit "C"**

# CONSENT FOR STORAGE
*ALL FIELDS ARE REQUIRED TO BE COMPLETED*

Customer Name(s)  NICK TSAMOS                Date 1-5-05

Address  NEW BERLIN

Unit Year  05    Make  RINKER    Model  30

I, the Undersigned, agree to store my unit at Boat-N-RV Warehouse. I understand that the unit maybe stored outside or inside and that Boat-N-RV Warehouse is in no way liable for damage, theft or loss to the unit.

I agree to pay $ 0 for storage and understand that payment must be made in full at the time storage is to begin. I understand that my unit must have insurance on it if the unit is being stored at the Boat-N-RV Warehouse and that proof of insurance is required.

I understand that Boat-N-RV Warehouse may terminate this agreement at any time, and that if any money is to be paid to me, it will be returned to me on a pro-rated basis.

I understand that my unit must be removed by  5/1/15  or I may have to pay an additional storage charge, possibly at a different rate set by the Boat-N-RV Warehouse at that time.

### ATTENTION:
*If this storage is a result of a sale, please read the following carefully....*

1) I understand that my purchase is final. (With approved bank credit if I am financing)

2) I understand that this sale does not apply to any "3-day Right to Cancel" pursuant to New York State General Business Law.

3) I understand that the unit is considered as delivered, and that any Retail Finance Contract and Security Agreement are in full force.

_____    _____    _____
Customer Signature                Date              Manager Signature

## THANK YOU FOR YOUR BUSINESS