UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

NICHOLAS TSAMOUDAKIS, and
PETER TSAMOS,

                      Plaintiffs,    **AFFIDAVIT OF MAILING**

    - against -                Case No.:  1:07-CV-06102-HB
                                                              Judge Baer

ZERTECK, INC.,
d/b/a/ BOAT-N-RV WAREHOUSE, JAMES SEGRUE,
RANDY RINKER, RINKER BOAT COMPANY, and
VOLVO-PENTA,

                      Defendants.
_____

STATE OF NEW YORK    )
                                    ss:
COUNTY OF SARATOGA    )

      GINA M. DEMEO being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action, and resides in Clifton Park, New York.

That on the 11th day of October, 2007, she served the Defendant ZERTECK, INC., d/b/a BOAT-N-RV WAREHOUSE's Notice of Motion to Dismiss/Compel Arbitration, Attorney's Affidavit in support of same, Affidavit of Eric Geiger in support of same and Memorandum of Law in support of same on the following individuals at the following places in the following manner:

    Jack S. Dweck, Esq.                          Randy Rinker
    75 Rockefeller Plaza                        c/o Rinker Boat Company
    New York, New York 10019           300 West Chicago Street
                                                    Syracuse, New York 46567

    Rinker Boat Company                       Volvo-Penta
    300 West Chicago Street                   1300 Volvo Penta Drive
    Syracuse, New York 46567           Cesapeake, Virginia 23320

by depositing a true and correct copy of the same properly enclosed in post-paid wrapper in the Official depository maintained and exclusively controlled by the United States at Clifton Park, New York directed to said individual at said address within the State and/or County designed for the purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

**<u>Gina M. Demeo/s/</u>**
Gina M. DeMeo

Sworn to before me this 11th
day of October, 2007.


**<u>Matthew J. Sgambettera /s/</u>**
Notary Public, State of New York