No pldngs.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NICHOLAS TSAMOUDAKIS and PETER TSAMOS,

                    Plaintiffs,

   - against -

ZERTEK, INC., D/B/A BOAT-N-RV WAREHOUSE,
JAMES SEGRUE, RANDY RINKER, RINKER BOAT
COMPANY, AND VOLVO-PENTA,

                    Defendants.
------------------------------------X

Docket No. 07 Civ. 6102
(WHP)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that the motion by the Plaintiffs to remand this action to the Supreme Court of New York, be and the same, hereby is withdrawn; and

IT IS FURTHER STIPULATED AND AGREED, that the above entitled action, be and the same, hereby is to be removed and remanded to the Supreme Court of the State of New York, County of New York, as originally filed by the Plaintiffs in this action.

Dated:  New York, New York
       November 9, 2007

Wilson Elser Moskowitz
Edelman & Dicker, LLP

By: _____
   Michael Cullen
   Attorneys for Defendants
   Randy Rinker and Rinker
   Boat Company
   3 Gannett Drive
   White Plains, NY 10604

THE DWECK LAW FIRM, LLP

By: _____
   Jack S. Dweck (0659)
   Attorneys for Plaintiffs
   75 Rockefeller Plaza
   New York, New York 10019

Rubin Fiorella & Friedman, LLP

By: _____
   Patrick J. Corbett
   Attorneys for Defendant Volvo
   Penta
   292 Madison Avenue
   New York, NY 10017

Sgambettera & Associates, P.C.

By: _____
Matthew J. Sgambettera
Attorneys for Defendants
323 Ushers Road
P.O. Box 1550
Clifton Park, New York 12065

SO ORDERED

_____
United Stated District Judge