UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NICHOLAS TSAMOUDAKIS and PETER TSAMOS,

                Plaintiffs,

   - against -                  STIPULATION

ZERTEK, INC., D/B/A BOAT-N-RV WAREHOUSE,
JAMES SEGRUE, RANDY RINKER, RINKER BOAT
COMPANY, AND VOLVO-PENTA,

                Defendants.
----------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that the motion by the Plaintiffs to remand this action to the Supreme Court of New York, be and the same, hereby is withdrawn; and

    IT IS FURTHER STIPULATED AND AGREED, that the above entitled action, be and the same, hereby is to be removed and remanded to the Supreme Court of the State of New York, County of New York, as originally filed by the Plaintiffs in this action.

Dated:    New York, New York
           November 9, 2007

Wilson Elser Moskowitz Edelman & Dicker, LLP

By: _____
Michael Cullen
Attorneys for Defendants
Randy Rinker and Rinker Boat Company
3 Gannett Drive
White Plains, NY 10604

THE DWECK LAW FIRM, LLP

By: _____
Jack S. Dweck (0659)
Attorneys for Plaintiffs
75 Rockefeller Plaza
New York, New York 10019

Rubin Fiorella & Friedman, LLP

By: _____
Patrick J. Corbett
Attorneys for Defendant Volvo Penta
292 Madison Avenue
New York, NY 10017

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-15-08

RECEIVED TIME NOV. 16.  5:44PM

Sgambettera & Associates, P.C.

By: _____
Matthew J. Sgambettera
Attorneys for Defendants
323 Ushers Road
P.O. Box 1550
Clifton Park, New York 12065

SO ORDERED

_____ 1/14/08
United States District Judge

2

S:\Secretary 2\Client Docs\Tsamoudakis\stipulation 11-9-2007.doc

RECEIVED TIME NOV. 16 5:44PM